IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JOHN and JANE DOE, individually, Plaintiffs, v. BOARD OF EDUCATION FOR BEECHER SCHOOL DISTRICT #200U; BEECHER SCHOOL DISTRICT #200U; and JAMES VIDMAR, Defendants. | Case No. 20 CV 03794 |

### Agreed Briefing Schedule Order

This matter coming before the Court on Defendants' BOARD OF EDUCATION FOR BEECHER SCHOOL DISTRICT #200U and BEECHER SCHOOL DISTRICT #200U's Motion to Dismiss (Dkt. No. 9) and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' response shall be due by October 30, 2020.

2. Defendants' reply in support shall be due by November 13, 2020.

3. The Court shall rule via electronic order on the CM/ECF system.

Entered:

_____
Judge Charles R. Norgle

9/23/2020

Prepared by:
Cynthia S. Grandfield (ARDC No. 6277559)
DEL GALDO LAW GROUP, LLC
grandfield@dlglawgroup.com
(312) 222-7000 (t)
*Please direct all mailings to:*
1441 S. Harlem Avenue
Berwyn, Illinois 60402