IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE AND JANE DOE, | |
| v. | Case No. 1:20-cv-03794 |
| BOARD OF EDUCATION FOR BEECHER SCHOOL DISTRICT #201-U, BEECHER SCHOOL DISTRICT #201-U, AND JAMES VIDMAR | Hon. Charles R. Norgle |
| Defendant. | |

## ORDER

The parties shall each provide a status report on June 30, 2021.

IT IS SO ORDERED.

ENTER:

*[signature]*

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: June 7, 2021