UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CARLA SNYDER & BRIAN SNYDER**, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 20-CV-03794 |
| **BOARD OF EDUCATION FOR BEECHER COMMUNITY UNIT SCHOOL DISTRICT # 201U**, et al, | ) **DISTRICT JUDGE: CHARLES R. NORGLE** |
| Defendants. | ) |

**STATUS REPORT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE RULE 26(f)**

Pursuant to the Court's order of June 7, 2021 (ECG DKT. #16) and Federal Rule of Civil Procedure 26(f), counsel for the Plaintiffs, Steven Glink, respectfully submits this statue report as follows:

**I.    NATURE OF THE CASE**

   A.    **JURISDICTION**

The Court had jurisdiction pursuant to 28 U.S.C. 1331 and venue pursuant to 28 U.S.C. 1392, as Plaintiffs' claims were based on federal questions, to wit, violations of Title IX and the alleged denial of plaintiff's rights to due process and equal protection via 42 USC 1983, et al.

   **B.    Nature of Complaint**

Plaintiff alleged that defendant Vidmar, while employed by the board of education for Beecher CUSD # 201U as a music/ band teacher set up video cameras in a room where he then directed students, including Carla, to change from civilian clothes to band uniforms. It is alleged that Vidmar recorded plaintiff and other students in a state of (at least) partial nudity without their knowledge or consent. Plaintiffs sought to impose liability on the various school defendants

based primarily on principles of respondeat superior.

Defendant Vidmar has not formally filed any appearance-either through an attorney or pro se in this matter. Nor has Vidmar formally filed any responsive pleading in this matter. Vidmar has contacted plaintiff's counsel by letter and by email with what purports to be an Answer. Counsel sent Vidmar a copy of the Court's order regarding this status report. Vidmar told counsel that he mailed his version of a status report to counsel. As of the date that this report is filed, counsel has not received that document.

Vidmar has felony and a misdemeanor cases pending in Will County. Those cases are still in the discovery stage.

    **C.**    **RELIEF SOUGHT**

Plaintiff are seeking money damages in the amount of $200,000.

    D.    There is no current jury demand

    **E.**    **STATUS OF SERVICE:**

Service on all parties is complete. Defendant Vidmar was served on or about October 19, 2020 and has yet to file an appearance or any responsive pleading. The school defendants' attorneys have filed appearances in this matter.

**II.**    **PENDING MOTIONS AND CASE PLAN**

A. The school defendants filed a Rule 12 (B) (6) motion to dismiss. The Court granted that motion on June 7, 2021 (ECF DKT. # 17). Plaintiffs plan to file a motion for default judgment against defendant Vidmar.

B. Subject to the Court's direction and Federal Rule of Civil Procedure 16(b), plaintiff's counsel request that the schedule of pretrial discovery and trial dates be deferred until Vidmar's status is resolved and/or until the Court determines whether it intends to retain jurisdiction of this case.

| | |
|---|---|
| Deadline for Rule 26(a)(1) disclosures | Deferred |
| Deadline to issue written discovery | Deferred |
| Completion of all discovery | Deferred |
| Pre-close of discovery status hearing | Deferred |
| Plaintiff's disclosure of expert witnesses | Deferred |
| Defendants' disclosure of expert witnesses | Deferred |
| Close of discovery status hearing | Deferred |
| Deadline for filing summary judgment motions | Deferred |
| Deadline for response to summary judgment | Deferred |
| Deadline for reply to summary judgment | Deferred |
| Exchange motions in limine, exhibit and witness list(s) | Deferred |
| Ruling on summary judgment motions | Deferred to the Court's discretion |
| Deadline for Proposed Final Pretrial Order | Deferred |
| Deadline for responses to motions in limine | Deferred |
| Final Pretrial Conference | Deferred |
| Trial | TBD by the Court |

**III.     SETTLEMENT and REFERRALS**

    A.    This is a "no offer" case.

    B.    The parties respectfully decline to have a magistrate preside over this matter.

    C.    The parties have not informed their respective clients about the possibility of proceeding before a magistrate judge.

-4-

Dated: June 30, 2021            Respectfully submitted,

By: s/ Steven Glink
/s/ Steven E. Glink
Attorney for plaintiffs

Law Office of Steven Glink, #6180869
Attorney for Plaintiffs
PO Box 1053
Northbrook, Illinois 60062
847-480-7749 (voice)
Email: steve@educationrights.com