IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CARLA and BRIAN SNYDER,** | ) |
| Plaintiffs | ) **CASE NO. 20 CV 03794** |
| vs. | ) **HON. CHARLES R. NORGLE** |
| **BOARD OF EDUCATION for BEECHER SCHOOL DISTRICT 201 U, et al,** | ) **MAG. KIM B. YOUNG** |
| Defendants | ) |

TO: All Parties of Record

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

On June 30, 2021, I filed plaintiffs' status report via the Clerk of the Court's efiling system.

I, Steven Glink, do hereby certify that I served the above-referenced response upon the parties named above by e-mail by 5:00 pm on June 30, 2021.

By: s/ Steven Glink
Steven E. Glink

Law Offices of Steven E. Glink, ARDC # 6180869
Attorney for Plaintiff
PO Box 1053
Northbrook, Illinois 60062
847/480-7749 (voice)
Email: steve@educationrights.com