

UNITED STATES DISTRICT COURT

**FILED**
JUL 01 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

John Doe and Jane Doe, individually,
   Plaintiffs,

vs.

Board of Education For
Beecher School District #200U;
Beecher School District #200U
And James Vidmar,
   Defendants

**FILED**
JUN 30 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Civil Action No. 20 CV 3794

### Status of Case Report

As of June 25, 2021, the criminal case in Will County is still pending against me. I am asking for more time to obtain legal representation. I thought the school district attorney was representing me, but she says she is not. I am trying to find out why not.

Respectfully Submitted,

*James Vidmar*
James Vidmar

State of Illinois)

County of Will SS

The undersigned, a notary public in and for said county, in the state aforesaid, DO HEREBY CERTIFY, that James Vidmar, personally known to me to be the same person whose name is subscribed to this instrument, appeared before me this day in person and acknowledged that he signed, and delivered this instrument as his free and voluntary act for the purposes therein set forth.

Given under my hand and notarial this __25__ day of __June__ 2021.

*Manminder Singh Heer*
Notary Public

My commission expires __08/15/23__

OFFICIAL SEAL
MANMINDER SINGH HEER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/15/23