

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title: Snyder, et al. v. Vidmar,    Case Number: 20 CV 3794

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: James Vidmar

Street Address: 525 Chaney Ave.

City/State/Zip: Crest Hill, IL. 60403

Phone Number: 815-530-1390

_____
Signature

6/29/2021
Executed on (date)

FILED
JUL 07 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

 I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

jfvidmar@comcast.net
**E-Mail Address (Please PRINT legibly.)**

Rev. 06/23/2016