IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN AND JANE DOE, | ) | |
|     Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| BOARD OF EDUCATION FOR | ) | 20 cv 03794 |
| BEECHER SCHOOL DISTRICT | ) | Hon. Charles R. Norgle |
| #200U; BEECHER SCHOOL | ) | |
| DISTRICT #200U AND JAMES | ) | |
| VIDMAR, | ) | |
|     Defendants. | ) | |

## **MOTION TO STAY PROCEEDINGS**

Comes the Defendant, James Vidmar, by and through his attorney Timothy P. Whelan and moves this court to stay these proceedings until the completion of the pending criminal charges in Will County against the Defendant and in support thereof states as follows:

1.The Plaintiffs filed a multi count complaint against the Defendant, the school district and the shool district's board which seeks damages for certain action alleged to have been committed by Defendant Vidmar in violation of 42 USC. 1983 and certain state causes of action from incident(s) in 2018.

2. The Defendant Vidmar has been charged with criminal actions in 2018 CF 2275 in Will County Illinois for the same actions by the same victim; those charges remain pending and undetermined.

3. Pursuant to *Younger v. Harris* 401 U.S. 37 (1971) this matter should be stayed until conclusion of the pending criminal matters.

4. Even if Younger did not apply to this case, this court can nevertheless exercise its inherent authority to order a stay *Doe v. City of Chicago* 360 F. Supp 2d 880 (N.D. Ill.2005).

5. Plaintiff's counsel has indicated the Plaintiffs are not objecting to the stay by this Court until such time a the criminal proceedings are concluded.

WHEREFORE the Defendant, James Vidmar, prays this court enter an order staying this action until the conclusion of the criminal proceedings and such other relief this court deems appropriate.

    Respectfully Submitted,

    /S/ Timothy P. Whelan
    Attorney for Defendant Vidmar

Timothy P. Whelan  # 3126613
Timothy Whelan Law Associates, Ltd.
480 E. Roosevelt Road Suite 203
West Chicago, IL  60185
630-653-0202
tpwlaw@comcast.net