**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Carla Snyder, et al.
                        Plaintiff,

v.                                          Case No.: 1:20−cv−03794
                                                         Honorable Sharon Johnson Coleman

James Vidmar, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 2, 2024:

      MINUTE entry before the Honorable Young B. Kim: Parties have reached an agreement in principal but need additional time to finalize the draft settlement agreement under consideration. Plaintiffs are ordered to alert Defendant and the court by tomorrow the suggested changes not acceptable to them. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.